**Lance Phillip WICKNER, Appellant,**

v.

**Mike GREEN; Steve Ayers; Kent Grandlienard; Mark Thielen, in their individual and official capacities, Appellees.**

No. 09–2217.

United States Court of Appeals,
Eighth Circuit.

Submitted: Feb. 3, 2010.

Filed: Feb. 8, 2010.

---

1. The Honorable James E. Gritzner, United States District Judge for the Southern District of Iowa.

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

PER CURIAM.

Minnesota inmate Lance Phillip Wickner challenges the order of the District Court[1] granting summary judgment to the Minnesota Department of Corrections defendants, appellees here, in his suit under 42 U.S.C. § 1983. Having carefully reviewed the record and considered Wickner's arguments, we find no basis for reversal. *See Murphy v. Mo. Dep't of Corr.*, 372 F.3d 979, 982 (8th Cir.) (de novo standard of review), *cert. denied,* 543 U.S. 991, 125 S.Ct. 501, 160 L.Ed.2d 378 (2004). Accordingly, we affirm the District Court's judgment.

---

**1.** The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota.